UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ronald J. Allison,

        Plaintiff

v.

Parra, et al.,

        Defendants

Case No.: 2:21-cv-01626-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 4]

On September 8, 2021, the court ordered Plaintiff Ronald J. Allison to file an application to proceed in forma pauperis or pay the filing fee by October 7, 2021, or risk dismissal of this case.[1] Because Allison did neither, the magistrate judge entered a report and recommendation that this case be dismissed.[2] The deadline for the plaintiff to object to that recommendation was November 4, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety.  This action is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 5, 2021